UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD,<br><br>               Plaintiff,<br><br>    v.<br><br>BRIAN WILMOTH,<br><br>               Defendant. | Case No. C18-1259-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's motion for summary judgment (Dkt. 12) is GRANTED;

(3) Plaintiff's complaint (Dkt. 6) and this action are DISMISSED, without prejudice, for failure to exhaust administrative remedies; and

//

//

//

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

1     (4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Mary Alice Theiler.

DATED this 22nd day of February, 2019.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2